UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CIVIL ACTION NO. 24-8-DLB-EBA**

**JAMES ERNEST GANDY, JR.**                                                          **PLAINTIFF**

**v.**                                                      **ORDER**

**UNITED STATES OF AMERICA**                                              **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 21), wherein he recommends that the United States of America's Motion to Dismiss for failure to prosecute (Doc. # 19) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 21), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    The United States of America's Motion to Dismiss for failure to prosecute (Doc. # 19) is **GRANTED**; and

(3)    This matter is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

This 22nd day of July, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-8 Order Adopting R&R.docx